**Sohaye Lee, OSB #984387**
**1000 SW Broadway, Suite 1711**
**Portland, OR 97205**
**T: 503.222.9830**
**E: slee@pdxlaw.com**

**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 3:23-cr-00408-IM-9** |
| **v.** | |
| **JOSE MIGUEL SAMPERIO, JR.,** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **Defendant.** | |

On July 10, 2026, Jose Miguel Samperio, Jr. will come before the Court for sentencing after pleading guilty to Count one of the Indictment, which charges a conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. The defense agrees with the guidelines calculation in the presentence report and requests that the Court find a sentence of time served followed by three years of supervised release is sufficient but not greater than necessary and consistent with the sentencing factors outlined in 18 U.S.C. § 3553(a).

RESPECTFULLY submitted this 6th day of July, 2026.

/s/ Sohaye Lee
Sohaye Lee
Attorney for Defendant

**Page 1    DEFENDANT'S SENTENCING MEMORANDUM**